UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA TIRKOT, ON BEHALF OF HERSELF
AND ALL OTHERS SIMILARLY SITUATED,

        Plaintiff,

Case No.  20-5603

v.

NATIONWIDE CREDIT, INC.,
TRANSWORLD SYSTEMS, INC., and
JOHN DOE 1-10,
        Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, Nationwide Credit, Inc. and Transworld Systems, Inc., (collectively "Defendants") hereby remove the above captioned civil action from the Supreme Court of New York County, New York, to the United States District Court for the Southern District of New York.  The removal of this civil action is proper because:

1.    On June 5, 2020, plaintiff, Patricia Tirkot, commenced a civil action by filing a Summons and Complaint in the Supreme Court of the State of New York, County of New York, entitled and captioned as *Patricia Tirkot v. Nationwide Credit, Inc. et al.,* Index No. 52299/2020 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

2.    In plaintiff's Complaint, plaintiff alleges statutory causes of action against defendants.  A true and correct copy of plaintiff's Summons with Notice is attached hereto as Exhibit A.

1

3. Specifically, plaintiff accuses defendants of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. Plaintiff has also asserted state law claims.

4. Defendants received plaintiff's Summons and Complaint on or about June 18, 2020.

5. This Court has jurisdiction over plaintiff's claims pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claims are founded on a claim or right arising under the laws of the United States.  This Court has supplemental jurisdiction over plaintiff's joined state law claims pursuant to 28 U.S. C. § 1441.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date defendants received plaintiff's Summons and Complaint. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Supreme Court of the State of New York, County of New York. *See* Exhibit B, attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on the plaintiff.

WHEREFORE, defendants, Nationwide Credit, Inc. and Transworld Systems, Inc., give notice that this action is removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated:  July 20, 2020                              Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal
Attorney for Defendants,
Nationwide Credit, Inc. and Transworld Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2020, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of the Court, United States District Court for the Southern District of New York and served upon the following via U.S. Mail:

Simon Goldenberg, Esq.
Law Offices of Simon Goldenberg, PLLC
818 East 16th Street
Brooklyn, New York 11230
Telephone: (347) 640-4357
Email: support@goldenbergfirm.com
*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq.