UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/28/2020
```

PATRICIA TIRKOT, *on behalf of herself and all others
similarly situated*,

                                    Plaintiff,                                    20-cv-5603 (LJL)

                        -v-

                                                                                   ORDER

NATIONWIDE CREDIT, INC.,
TRANSWORLD SYSTEMS INC., *and*
JOHN DOE 1-10,

                                    Defendants.                           X
-------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

         The Court has been informed that the parties have reached a settlement in this case. (Dkt.

No. 14.) Accordingly, it is hereby ORDERED that this action is DISMISSED WITH

PREJUDICE. The parties may reopen the case, provided the application to restore the action to

the Court's calendar is made within sixty (60) days of this Order. Any application to reopen filed

after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

         SO ORDERED.

Dated: August 28, 2020
        New York, New York                          _____
                                                                      LEWIS J. LIMAN
                                                              United States District Judge